FILED: 2/4/2015 9:13:39 AM
SHERRI ADELSTEIN
Denton County District Clerk
By: Rina Shelton, Deputy

## NO. 2013-20350-158

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| | § | |
| NICOLAS    TORRES | § | |
| HERNANDEZ | | |
| AND | § | 158TH JUDICIAL DISTRICT |
| LINDA PATRICIA HERNANDEZ | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| L.N.H. AND N.H.J., CHILDREN | § | DENTON COUNTY, TEXAS |

RECEIVED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
04/01/2015 3:35:54 PM
DEBRA SPISAK
Clerk

### MOTION FOR NEW TRIAL

This Motion for New Trial is brought by Linda Patricia Hernandez, Respondent, who shows in support:

1.    On January 5, 2015 a judgment was signed by this Court in this case.

2.    A new trial should be granted to Movant because the evidence is legally and factually insufficient to support this Court's judgment.  Specifically, the evidence is legally and factually insufficient to support this Court's judgment based on the following findings of fact:  the parenting plan entered by this Court are not in the best interest of the minor children,

3.    An new trial should be granted to Movant because this Court abused its discretion in making the property division.

4.    A new trial should be granted to Movant because (1) the following newly discovered evidence has come to Movant's knowledge since the trial, (2) the

failure to discover the new evidence sooner was not for want of due diligence, (3) the new evidence is not cumulative evidence, and (4) the new evidence is so material that it would probably produce a different result if a new trial were granted: Specifically, Movant has discovered that there are numerous pieces of property that were not disclosed or properly valued and not divided by this Court, including but not limited to automobiles, bank accounts, livestock, business(es) and household furnishings. It is also believed that the "foreclosure" on the marital residence was a fraud committed on the community in that it was not an arm's length transaction but was actually transferred to a friend of Petitioner.

5. Evidence illegally obtained was used not only in the social study filed by this Court but such illegally obtained evidence was further considered by this Court. Specifically, the recordings made of Respondent and one or more of the minor children were made without the consent or knowledge of Petitioner and a child cannot give proper consent. Any conclusions drawn by those recordings should not have been considered by the person conducting the social study or this Court.

6. The above errors amounted to such a denial of Movant's rights as was reasonably calculated to cause and probably did cause rendition of an improper judgment in the case. Tex. R. App. P. 44.1(a)(1).

7. Linda Patricia Hernandez has a meritorious defense to the cause of

action alleged in this case.

8. The granting of a new trial would not injure Nicolas Torres Hernandez.

9. Justice will not be properly served unless a new trial is granted.

Linda Patricia Hernandez prays that the Court set aside the judgment signed on January 5, 2015 and grant a new trial.

Respectfully submitted,

Law Offices of Linda Risinger
2591 Dallas Parkway Suite 300
Frisco, Texas 75034
Tel: (972) 377-0096
Fax: (214) 271-0055
Email: linda@ldrisingerlaw.com

By:/s/ Linda Risinger
    Linda N. Risinger
    State Bar No. 14854700
    linda@ldrisingerlaw.com
    Attorney for Linda Patricia Hernandez

## Verification and Affidavit

Linda Patricia Hernandez appeared before me in person today and stated under oath as follows:

"My name is Linda Patricia Hernandez. I am above the age of eighteen years, and I am fully competent to make this affidavit. I am the movant in this Motion for New Trial. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"I have read the motion for new trial. The statements contained in paragraphs 1-5 in the motion are within my personal knowledge and are true and correct.

"Stating further, during this entire divorce, Nicolas hid items from me and the Court in an effort to defraud but me and the Court. He hid many things that should have been properly divided from the property. He misrepresented the value of items including but not limited to his business, of which I was a part. There are items in the home that are separate property.

"I did not give my consent to his recordings of my conversations with my children and did not know that he was doing so.

"I have a meritorious defense to this cause of action, including the property settlement and in the best interest of my children.

"I ask that this Court grant a Motion for New Trial."

_Linda P. Hernandez_
Linda Patricia Hernandez

SIGNED under oath before me on _3rd of Feburary 2015_

_____
Notary Public, State of Texas

ANGIE DANIELLE GARCIA
Notary Public, State of Texas
My Commission Expires
September 26, 2018

### Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on February 2, 2015.

/s/ Linda Risinger
Linda N. Risinger
Attorney for Linda Patricia Hernandez